# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| M. PAPADOPOULOS DENTAL CORP.<br><br>    Plaintiff(s),<br><br>v.<br><br>MEDICAL SYNERGY, INC.<br><br>    Defendant(s). | CASE NO.<br>2:19−cv−06515−DSF−SK<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |
|---|---|

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before December 28, 2019. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: November 26, 2019           /s/ *Dale S. Fischer*
                                                      Dale S. Fischer
                                                      United States District Judge